(105 So. 922)

W. H. DANIEL v. Minnie L. McNARON et al. (6 Div. 383.) (Supreme Court of Alabama. Oct. 22, 1925.) Appeal from Circuit Court, Jefferson County, in Equity; William M. Walker, Judge. M. B. Grace, of Birmingham, for appellant. A. Leo Oberdorfer and Roderick Beddow, both of Birmingham, for appellees.

BOULDIN, J. The question is one of fact. We agree with the finding of fact reached by the trial court. The decree is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

================

(104 So. 917)

Ex parte Dave DYSON. (7 Div. 576.) (Supreme Court of Alabama. May 14, 1925. Rehearing Denied June 18, 1925.) Certiorari to Court of Appeals. Frank B. Embry, of Pell City, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Dave Dyson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Dyson v. State, 104 So. 920. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

================

(104 So. 917)

W. C. GRAVES et al. v. Travis MIXON. (4 Div. 217.) (Supreme Court of Alabama. June 18, 1925.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Farmer, Merrill & Farmer, of Dothan, for appellants. Espy & Hill, of Dothan, for appellee.

GARDNER, J. The question involved is one of fact. The conclusion is reached that there is error in the decree as to the amount found due by appellants to appellee. Reversed and remanded.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

================

. (104 So. 917)

Willie GREEN, alias Johnson, v. STATE (6 Div. 340.) (Supreme Court of Alabama. May 7, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Murder, first degree.

PER CURIAM. Affirmed. All the Justices concur.

================

(104 So. 917)

Odell JACKSON v. STATE. (6 Div. 250.) (Supreme Court of Alabama. Jan. 28, 1925. Rehearing Denied May 14, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Affirmed. All the Justices concur.

================

(104 So. 917)

Ex parte Archie KAY. (7 Div. 574.) (Supreme Court of Alabama. May 14, 1925.) Certiorari to Court of Appeals. J. A. Embry, of Ashland, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Archie Kay for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Kay v. State, 104 So. 922. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

================

(104 So. 917)

Ex parte Joe McCUTCHEN. (6 Div. 466.) (Supreme Court of Alabama. June 11, 1925.) Certiorari to Court of Appeals. Chas. H. Fanning, of Dora, and James J. Mayfield, of Montgomery, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Joe McCutchen for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McCutchen v. State, 104 So. 922. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

================

(104 So. 917)

PARAMOUNT COAL CO. v. Tom WILLIAMS. (6 Div. 345.) (Supreme Court of Alabama. May 28, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

THOMAS, J. The appeal is dismissed. on authority of Ex parte Paramount Coal Company (In re Tom Williams v. Paramount Coal Company) ante, p. 281, 104 So. 753, and Woodward Iron Co. v. Bradford, 206 Ala. 447, 90 So. 803. Appeal dismissed.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

================

(104 So. 917)

Ex parte Henry PEEBLES. (8 Div. 762.) (Supreme Court of Alabama. May 14. 1925. Rehearing Denied June 18, 1925.) Certiorari to Court of Appeals. G. O. Chenault, of Albany, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Henry Peebles for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Peebles v. State, 104 So. 924. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.